# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-3032**                               **September Term, 2022**

1:10-cr-00256-RCL-9

**Filed On:** February 23, 2023

In re: Jose Martinez-Amaya,

        Petitioner

    **BEFORE:**   Wilkins, Rao, and Walker, Circuit Judges

## ORDER

Upon consideration of the petition for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255; the motion to transfer the petition to the district court, which also asks that the court construe the petition as a motion to amend the § 2255 motion pending before the district court; the court's order filed on October 13, 2022, directing petitioner to show cause why the motion to transfer should not be considered and decided without a response, and the response thereto; and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that motion to transfer be granted. The petition for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255 was filed prior to the district court's adjudication of petitioner's first § 2255 motion, and is therefore not second or successive within the meaning of § 2244 or § 2255(h). See Ching v. United States, 298 F.3d 174, 177 (2d Cir. 2002); cf. Slack v. McDaniel, 529 U.S. 473, 485-87 (2000). Accordingly, this court construes the petition as a motion to amend the § 2255 motion pending before the district court. See Ching, 298 F.3d at 177. The court expresses no opinion as to the merits or timeliness of the claims raised in the motion to amend. The motion to amend and the motion for leave to proceed in forma pauperis are hereby transferred to the district court.

The Clerk is directed to transmit the original file and a copy of this order to the district court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**