**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **JOSE MARTINEZ-AMAYA,** <br><br> **Defendant.** | **CRIMINAL NO. 1:10CR256** |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

COMES NOW, Lana Manitta, co-counsel for Defendant appointed pursuant to the Criminal Justice Act (CJA) and hereby moves this Honorable Court to permit her to withdraw as counsel, and for the appointment of substitute co-counsel for Defendant.  In support of her Motion, counsel hereby states as follows:

Counsel has accepted a new position as of June 8, 2026, at which she will no longer be able to handle CJA matters, with the possible exception of appeals. At this time, a supplemental brief in support of Defendant's *pro se* 2255 Petition has been filed, and we await the government's response. Thereafter, a Reply and if ordered, an evidentiary hearing, would remain. There is ample time for new counsel to become acquainted with the issues before the Court and to be able to file any additional pleadings and conduct a hearing, if any. Therefore, counsel's withdrawal and appointment of new counsel will not prejudice Defendant or the United States.

WHEREFORE, counsel respectfully prays that her Motion to Withdraw be granted, and that new counsel be appointed for Defendant.

1

Respectfully Submitted,
JOSE MARTINEZ-AMAYA
By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:           /s/                            .
Lana Manitta, DC Bar 989100
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY THAT on May 27, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:           /s/                            .
Lana Manitta, VSB #42994
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant